UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Anilkumar Jashbhai Patel, et al.,

                  Plaintiff(s),

v.                                               Case No. 2:23−cv−10941−MAG−CI
                                                Hon. Mark A. Goldsmith

US Department of Homeland
Security, Secretary of, et al.,

                  Defendant(s),

**ORDER TO SHOW CAUSE**

   IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 8/22/2023, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

                                                  s/Mark A. Goldsmith
                                                  Mark A. Goldsmith
                                                  U.S. District Judge

**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/K Sandusky
                                                      Case Manager

Dated:   August 15, 2023